IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

THOMAS SWEATT-BEY,
            Plaintiff,

v.                                 **Judgment in a Civil Case**

BRANDON SCOTT, J. MANNING, and
O. MCFIELD,
            Defendants.                   Case Number: 5:21-CT-3344-FL

**Decision by Court.**

This action came before the Honorable Louise Weed Flanagan, United States District Judge, for consideration of the defendants' motion to dismiss for failure to state a claim.

**IT IS ORDERED AND ADJUDGED** that defendants' motion to dismiss is granted and this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on January 30, 2023, with service on:

Thomas Sweatt-Bey, #1147213            (via U.S. Mail)
Bertie Correctional Institution
P.O. Box 129
Windsor, NC 27983

Bradley Daniel Brecher                 (via CM/ECF Notice of Electronic Filing)

January 30, 2023                               Peter A. Moore, Jr.
                                                           Clerk of Court

                                                         By: *[signature: Stephanie Mann]*
                                                           Deputy Clerk